In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property along Jamaica Bay, in the Borough of Brooklyn.

WARREN LESLIE et al., Appellants.

(Argued October 15, 1936; decided November 24, 1936.)

*John W. Davis, Daniel J. Kenefick* and *Luke W. Finlay* for Warren Leslie et al., appellants.

*Francis S. Bensel, David Barnett* and *W. Frederick Knecht* for Central Hanover Bank and Trust Company et al., appellants.

*Per Curiam.* A single question of power in the Supreme Court is involved in the certified question.

Upon this record we find no abuse (as matter of law) of the discretionary power of the Supreme Court. (*Hatch* v. *Central Nat. Bank,* 78 N. Y. 487, 489; *Matter of Tilden,* 98 N. Y. 434, 439; *Ladd* v. *Stevenson,* 112 N. Y. 325.) This leads to an affirmance.

We leave the merits to be determined upon the new trial which has been granted.

The order should be affirmed, with costs, and the question certified answered in the affirmative.

LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ., concur; CRANE, Ch. J., taking no part.

Order affirmed, etc.